**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-20-50037-PHX-SMB |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Mario Contreras-Gil, | |
| Defendant. | |

On February 4, 2022, Defendant appeared before this Court on a superseding petition for revocation of supervised release.  A detention hearing was held.  The Court has considered all of the information presented, including the testimony of U.S. Supervisory Probation Officer James Gallagher and the arguments of counsel in determining whether Defendant should be released on conditions set by the Court.

The Court finds that Defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a superseding petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 7th day of February, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge